# United States Bankruptcy Court
**District of Minnesota**

In re: **Calvin Mathew Cole**
**Sharon Patricia Cole**

Debtor

Address: **702 N 5th Avenue**
**Princeton, MN 55371**

Case No.: **11-31190**
Chapter: **7**

Employer's Tax Identification (EIN) No(s).:
Last four digits of Social Security No(s).: **xxx-xx-3549 & xxx-xx-3275**

### Order to Avoid Judicial Lien on Real Estate

The motion of the above-named debtors, **Calvin Mathew Cole and Sharon Patricia Cole**, to avoid lien of the respondent, **Dyanne Lerew** is sustained.

It is hereby ORDERED and DECREED that the judicial lien held by **Dyanne Lerew**, in and on debtor's residential real estate at **702 N 5th Avenue, Princeton, MN 55371** entered of record **Judgement - docketed January 24, 2011 as Case No. 48-CV-11-141 in favor of Dyanne E. Lerew vs. Calvin M. Cole and Sharon P. Cole in the original principal amount of $71,761.64** be hereby canceled.

It is further ORDERED that unless debtor's bankruptcy case is dismissed, **Dyanne Lerew** shall take all steps necessary and appropriate to release the judicial lien and remove it from the local judgement index.

Date   May 20, 2011

/e/ Dennis D. O'Brien
**U.S. BANKRUPTCY JUDGE**

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/20/2011*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk